# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CURTIS CARAWAY aka,<br>Abdul-Malik Muhammad,<br><br>　　　　Defendant. | Case No. 2:09-cr-0115-RLH-PAL<br><br>**O R D E R**<br>(Motion Pursuant to §2255–#86) |

　　　　Defendant having filed a Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#86, filed December 19, 2011), and the Court finding that it does not plainly appear that Defendant is not entitled to relief,

　　　　IT IS HEREBY ORDERED that a copy of the motion be delivered to the United States Attorney forthwith.

　　　　IT IS FURTHER ORDERED that the United States Attorney shall file an answer, motion or other appropriate response to the motion within sixty (60) days of the date of this Order.

　　　　Dated: January 12, 2012.

_____
**Roger L. Hunt**
**United States District Judge**