# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-00115-RLH-PAL-1 |
| Respondent/Plaintiff, | **ORDER** |
| vs. | (Protective Abridged Motion to Vacate – #102) |
| CURTIS CARAWAY, | |
| Petitioner/Defendant. | |

  Before the Court is Petitioner/Defendant Curtis Caraway's ("Caraway") **Notice of Filing of Second or Successive Petition in the Ninth Circuit and Filing of Protective Abridged Motion to Vacate Under 28 U.S.C. § 2255** (#102) ("Motion") filed on June 23, 2016. The United States did not file a response.

  In the Motion Caraway notifies the Court that he filed an application in the Court of Appeals for the Ninth Circuit ("Circuit Court") for leave to file a second or successive § 2255 motion in light of the Supreme Court's recent decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015). Additionally, Caraway requests that this Court issue an order holding his Motion in abeyance and deeming it filed *nunc pro tunc* to the date of the original filing. *See* First First Am. General Order 2015-03 (D. Nev. April 27, 2015); *see also Orona v. United States*, No. 16-70568, 2016 WL 3435692, at \*2 (9th Cir. June 22, 2016) (per curium) (holding that "the filing of a second or successive application in our court tolls the 1-year statute of limitations ... until our court rules on the application"). The Court will grant Caraway's Motion.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Petitioner/Defendant Curtis Caraway's Notice of Filing of Second or Successive Petition in the Ninth Circuit and Filing of Protective Abridged Motion to Vacate Under 28 U.S.C. § 2255 (#102) is GRANTED. Caraway's Abridged Motion to Vacate Under 28 U.S.C. § 2255 is stayed pending the Circuit Court's consideration of his application to file a second or successive § 2255 motion.

IT IS FURTHER ORDERED that the Motion preserves the filing date of June 23, 2016 for statute of limitations purposes under *Johnson v. United States*, 135 S.Ct. 2551 (2015).

Dated: July 18, 2016

**ROGER L. HUNT**
**UNITED STATES DISTRICT JUDGE**