# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

                Plaintiff,

  v.

Curtis Caraway,

                Defendant.

JUDGMENT

Case Number: 2:09-cr-00115-KJD-PAL

(Related case: 2:17-cv-00738-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of United States of America and against Curtis Caraway. A Certificate of Appealability is granted.

_3/31/2020_  
Date

_DEBRA K. KEMPI_  
Clerk

_/s/ M. Reyes_  
Deputy Clerk