UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00115-KJD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CURTIS CARAWAY, | |
| Defendant. | |

Presently before the Court is Defendant Caraway's unopposed Motion to Grant Motion to Vacate and Issue Judgment (ECF No. 136). Having read and considered the motion, and good cause being found, it is hereby **GRANTED**.

Pursuant to the Order (ECF No. 134) of the United States Court of Appeals for the Ninth Circuit, the Court **VACATES** its prior Order (ECF No. 123) and Judgment (ECF No. 124).

It is further ordered that Defendant's Motion to Vacate (ECF No. 107) is hereby **GRANTED.** Count Three for using and carrying a firearm during a crime of violence under 18 U.S.C. § 924(c)(1)(A), identified as attempted Hobbs Act robbery as charged in Count Two is hereby **VACATED and DISMISSED.**

An Amended Judgment in a Criminal Case will follow.

DATED: July 31, 2025

Kent J. Dawson
United States District Judge