AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| CURTIS CARAWAY | ) Case Number:  2:09-cr-00115-KJD-PAL |
| | ) USM Number: 43776-048 |
| **Date of Original Judgment:** ___12/17/2010___ | ) ___Lauren B. Torre, AFPD___ |
| *(Or Date of Last Amended Judgment)* | ) Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)    *One and Two of the Superseding Indictment_____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 2/20/2009 | 1 |
| 18 U.S.C. § 1951 | Attempted Interference with Commerce by Robbery | 2/20/2009 | 2 |

   The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   _all remaining_____ ☐ is  ☑ are dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                                             ___7/31/2025___
                                                             Date of Imposition of Judgment

                                                             _____
                                                             Signature of Judge

                                                             Kent J. Dawson, United States District Judge
                                                             Name and Title of Judge

                                                             ___8/11/2025___
                                                             Date

DEFENDANT:   CURTIS CARAWAY
CASE NUMBER:   2:09-cr-00115-KJD-PAL

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
\*70 MONTHS as to Counts One and Two as to each count, to run concurrently one with the other.
Sentenced has been served.

☐    The court makes the following recommendations to the Bureau of Prisons:

☑    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____   ☐  a.m.   ☐  p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page ___3___ of ___7___

DEFENDANT: CURTIS CARAWAY
CASE NUMBER: 2:09-cr-00115-KJD-PAL

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

*3 YEARS as to Counts One and Two (each) all to run concurrently, one with the other.
Supervised Release has been served.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. § 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Judgment—Page    4    of    7

DEFENDANT:   CURTIS CARAWAY
CASE NUMBER:    2:09-cr-00115-KJD-PAL

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.   You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.   After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.   You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.   You must answer truthfully the questions asked by your probation officer.
5.   You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.   You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.   You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.   You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.   If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.   You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.   You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.   If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.   You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Judgment—Page  5  of  7

DEFENDANT:  CURTIS CARAWAY
CASE NUMBER:   2:09-cr-00115-KJD-PAL

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by Federal, state or local law.

2) The defendant shall submit to the search of his person, property, or automobile under his control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the Probation Officer without a search warrant to ensure compliance with all conditions of release.

3) The defendant shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. The defendant shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, the defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon his ability to pay.

Note: A written copy of the conditions of release provided to the Defendant by the Probation Officer at the time of sentencing.

AO 245C (Rev. 09/19)  Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties                                          (NOTE: Identify Changes with Asterisks (*))

Judgment — Page    6    of    7

DEFENDANT:   CURTIS CARAWAY
CASE NUMBER:   2:09-cr-00115-KJD-PAL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 90.00 | $ WAIVED | $ N/A | $ N/A |

☐   The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be
    entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in
    the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
    before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
    fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject
    to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐   the interest requirement is waived for   ☐  fine   ☐  restitution.

    ☐   the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on
or after September 13, 1994, but before April 23, 1996.

Judgment — Page ___7___ of ___7___

DEFENDANT:  CURTIS CARAWAY
CASE NUMBER:  2:09-cr-00115-KJD-PAL

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

       ☐ not later than _____ , or
       ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☑ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:




Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.



☐ Joint and Several

    Case Number
    Defendant and Co-Defendant Names                                 Joint and Several          Corresponding Payee,
    *(including defendant number)*         Total Amount              Amount               if appropriate.



☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
   (See attached Preliminary and Final Orders of Forfeiture)


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8    UNITED STATES OF AMERICA,              )
                                            )        2:09-CR-115-RLH (PAL)
9                          Plaintiff,       )
                                            )
10            v.                            )
                                            )
11   CURTIS CARAWAY,                        )
                                            )
12   _____Defendant._____ )

13                    **PRELIMINARY ORDER OF FORFEITURE**

14           WHEREAS, on September 24, 2009, defendant CURTIS CARAWAY was found guilty of

15   Counts One, Two, and Three of a Three Count Superseding Criminal Indictment, charging him in

16   Count One with Felon in Possession of a Firearm, in violation of Title 18, United States Code,

17   Sections 922(g)(1) and 924(a)(2); in Count Two with Attempted Interference with Commerce by

18   Robbery, in violation of Title 18, United States Code, Section 1951; and, in Count Three with Using

19   and Carrying a Firearm During a Crime of Violence, in violation of Title 18, United States Code,

20   Section 924(c)(1)(A)(ii).

21           AND WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court finds that the United

22   States of America has shown a nexus between property set forth in the Forfeiture Allegation of the

23   Superceding Criminal Indictment and the offenses of which CURTIS CARAWAY was found guilty.

24           AND WHEREAS, the following is subject to forfeiture pursuant to Title 18, United States

25   Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c); and

26                   a.      .380 caliber Taurus pistol, serial number KLF80041

b.    any and all ammunition

AND WHEREAS, by virtue of the guilty verdict, the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of CURTIS CARAWAY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America shall publish at least once a week for three successive weeks in a newspaper of general circulation, notice of this Order, notice of intent to dispose of the property in such a manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. A copy of the petition shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Daniel D. Hollingsworth
Assistant United States Attorney
Michael A. Humphreys
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

...

...

2

1    The notice described herein need not be published in the event a Declaration of Forfeiture is issued

2    by the appropriate agency following publication of notice of seizure and intent to administratively

3    forfeit the above-described asset.

4          DATED this __19th__ day of __October_____, 2009.

5

6                                        _____
                                         CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                )
                                             )
9                          Plaintiff,        )
                                             )
10                 v.                         )
                                             )        2:09-CR-115-RLH (PAL)
11  CURTIS CARAWAY,                           )
                                             )
12  _____Defendant._____)

13                          **FINAL ORDER OF FORFEITURE**

14          On October 19, 2009, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title

16  28, United States Code, Section 2461(c) based upon the verdict of guilty against CURTIS

17  CARAWAY to certain criminal offenses, forfeiting specific property alleged in the Superceding

18  Criminal Indictment and shown by the United States to have the requisite nexus to the offense to

19  which defendant CURTIS CARAWAY was found guilty.

20          This Court finds the United States of America published the notice of the forfeiture in

21  accordance with the law on November 27, 2009, December 4, 2009,  and December 11, 2009 in the

22  Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site,

23  www.forfeiture.gov, consecutively from October 27, 2009  through November 25, 2009, notifying

24  all known third parties of their right to petition the Court.

25          This Court finds no petition was filed herein by or on behalf of any person or entity and the

26  time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the assets named herein and the time

2    for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7    2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8    law:

9        a.    .380 Taurus pistol, serial number KLF80041; and

10       b.    any and all ammunition.

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

12   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

13   any income derived as a result of the United States of America's management of any property

14   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

15   according to law.

16   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

17   certified copies to the United States Attorney's Office.

18   DATED this _5th_        day of ___March___, 2010.

19

20   _____
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

2

1

**PROOF OF SERVICE**

2          I, Kelle L. Kuebler, certify that the following individuals were served with copies of the Final

3    Order of Forfeiture on March 4, 2010 by the below identified method of service:

4          E-mail/ECF
           Arthur L. Allen
5          P.O. Box 531727
           Henderson, NV 89053
6          Email: art.allen@hotmail.com
           *Counsel for Curtis Caraway*
7
           First Class Mail
8          William C. Carrico
           Federal Public Defender
9          411 E. Bonneville Suite 250
           Las Vegas, NV 89101
10         *Counsel for Curtis Caraway*

11

12                              /s/Kelle L. Kuebler
13                              Kelle L. Kuebler
                                Forfeiture Support Associate Paralegal
14

15

16

17

18

19

20

21

22

23

24

25

26