**United States District Court**

**District of Nevada**

United States of America,

Plaintiff,

v.

Curtis Caraway,

Defendant.

Case No. 2:09-cr-00115-KJD-PAL-1

(Related Case No. 2:17-cv-00738-KJD)

## **ORDER**

Having considered Defendant's Motion for Refund of the Special Assessment, and the record in this case, the Court GRANTS the defendant's motion.

It is ORDERED that the Clerk pay the special assessment collected on Count Three ($100) to Curtis Caraway.

So ORDERED this 30th day of July, 2026.

Hon. Kent J. Dawson
District Judge